IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:99CR74 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| KEYLEN R. THORNTON, | ) | ORDER TO RELEASE |
| | ) | GARNISHMENT |
| Defendant. | ) | |

This matter comes before this Court on the Motion of the Plaintiff, United States of America, for an order releasing the garnishment against the Keylen R. Thornton, (Filing No. 34), and for good cause shown,

IT IS ORDERED:

1. The Plaintiff's motion for release of garnishment (Filing No. 34) is granted; and

2. The garnishment against Phillips Mfg. Co. is released.

DATED this 11th day of July, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge